| Attorney or Party Name, Address, Telephone & FAX Nos.,State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Andre A. Khansari, Esq.**<br>**KHANSARI LAW CORP, A.P.C.**<br>**11845 W. Olympic Blvd., Suite 1000**<br>**Los Angeles, California 90064**<br>**(424) 248-6688 Fax: (424) 248-6689**<br>**223528**<br>**info@khansarilaw.com**<br><br>☐ Individual appearing without attorney<br>☑ Attorney for Debtor | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>    Eva Anderson<br><br><br><br><br>                                                    Debtor(s) | CASE NO.: **2:17-bk-16372-NB**<br><br>CHAPTER: **13**<br><br>SUMMARY OF AMENDED SCHEDULES,<br>MASTER MAILING LIST,<br>AND/OR STATEMENTS<br>[LBR 1007-1(c)] |
|---|---|

A filing fee is required to amend Schedules D, or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F. Are one or more creditors being added? ☐ Yes ☑ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☑ Schedule A/B    ☑ Schedule C    ☐ Schedule D    ☐ Schedule E/F    ☐ Schedule G

☐ Schedule H    ☐ Schedule I    ☐ Schedule J    ☐ Schedule J-2    ☐ Statement of Financial Affairs

☐ Statement About Your Social Security Number(s)    ☐ Statement of Intentions    ☐ Master Mailing List

☐ Other (*specify*)

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date: 7/19/18        _Eva Anderson POA_
                     Eva Anderson
                     Debtor 1 Signature

                     _____
                     Debtor 2 (Joint Debtor) Signature (if applicable)

**NOTE:** It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*                               Page 1                               F 1007-1.1.AMENDED.SUMMARY

| Fill in this information to identify your case and this filing: | | | |
|---|---|---|---|
| Debtor 1 | **Eva Anderson** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number | **2:17-bk-16372-NB** | | ☐ Check if this is an amended filing |

Official Form 106A/B
# Schedule A/B: Property                                                                                        12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

   ☐ No. Go to Part 2.
   ■ Yes. Where is the property?

1.1

**1932 W 37th Place**
**a/k/a 1932 Rochester Circle**
Street address, if available, or other description

| **Los Angeles** | **CA** | **90018-0000** |
|---|---|---|
| City | State | ZIP Code |

**Los Angeles**
County

What is the property? Check all that apply
■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

Who has an interest in the property? Check one
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $1,200,000.00 | $180,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Fee simple**

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:
**4 BD/4BA, two car garage, 4,619 SQF single family built in 1941. Debtor is 15% owner with four other tenants-in-common, and liable for the same percentage of the debt service. This property operates a short-term rental and living facility, in addition to being occupied by Debtor as her primary residence.**

| Debtor 1 | Eva Anderson | Case number *(if known)* | 2:17-bk-16372-NB |
|---|---|---|---|

**If you own or have more than one, list here:**

**1.2**

**1929 W 37th Place**
**a/k/a 1929 Rochester Circle**
Street address, if available, or other description

| Los Angeles | CA | 90018-0000 |
|---|---|---|
| City | State | ZIP Code |

**Los Angeles**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $597,117.00 | $298,558.50 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**
**Fee simple**

☐ Check if this is community property (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

**3 Bed / 2 Bath with garage, single family, built in 1950.**
**Debtor is 50% owner as tenant-in-common, and liable for the same percentage of the debt service. This property operates a short-term rental and living facility.**

---

**If you own or have more than one, list here:**

**1.3**

**6520-22 Brynhurst Avenue**
Street address, if available, or other description

| Los Angeles | CA | 90043-0000 |
|---|---|---|
| City | State | ZIP Code |

**Los Angeles**
County

**What is the property?** Check all that apply

☐ Single-family home
■ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $0.00 | $0.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

☐ Check if this is community property (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

**Debtor is not an owner of record to any portion of the premises, however Debtor is an obligor on the loan secured by the premises.**

---

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.................................................................=>    **$478,558.50**

**Part 2:** Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

■ No
☐ Yes

| Debtor 1 | Eva Anderson | Case number (if known) | 2:17-bk-16372-NB |
|---|---|---|---|

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here............................................................=>   **$0.00**

### Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?   Current value of the portion you own? Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ■ Yes. Describe.....

   | Miscelleanous household goods and furnishings, including bedroom set. | $5,000.00 |
   |---|---|

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ■ Yes. Describe.....

   | 4 (45 in) Televisions, approx. value of $200 each. Location: 1932 Rochester Circle, Los Angeles CA 90018 | $800.00 |
   |---|---|

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ■ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ■ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

    | Misc Woman's Clothes and Shoes. Location: 1932 Rochester Circle, Los Angeles CA 90018 | $1,000.00 |
    |---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes. Describe.....

Debtor 1    Eva Anderson _____    Case number *(if known)*    2:17-bk-16372-NB

| One Diamond Ring. | $1,500.00 |
|---|---|

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes. Give specific information.....

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ............................................................................    $8,300.00

**Part 4: Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?    Current value of the portion you own? Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ■ No
    ☐ Yes............................................................................

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes.......................

    Institution name:

    17.1.  **Checking Account**    **JP Morgan Chase Bank N.A**
    **Containing only Social Security Income.**
    **Account Ending xxxx1525**    $24,967.00

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ■ No
    ☐ Yes................    Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ■ No
    ☐ Yes. Give specific information about them...................
        Name of entity:    % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
        Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ■ No
    ☐ Yes. List each account separately.
        Type of account:    Institution name:

| Debtor 1 | Eva Anderson | Case number (if known) | 2:17-bk-16372-NB |
|---|---|---|---|

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. .................... Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes............. Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes............. Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ■ No
    ☐ Yes. Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes. Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes. Give specific information about them...

| Money or property owed to you? | Current value of the portion you own?<br>Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ■ No
    ☐ Yes. Give specific information..

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ■ No
    ☐ Yes. Name the insurance company of each policy and list its value.
    Company name:    Beneficiary:    Surrender or refund value:

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes. Give specific information..

| Debtor 1 | Eva Anderson | Case number *(if known)* | 2:17-bk-16372-NB |
|---|---|---|---|

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes. Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ☐ No
    ■ Yes. Describe each claim.........

    | Potential claims against Ocwen Loan Servicing LLC, successors and assigns, beneficiaries or other related parties for violations of the automatic stay, debt collection, and other federal and state debt collection violations. Debtor reserves any cause of action against potential defendants involved in or associated with transactions related to the 2008 W. 28th Street, Los Angeles, California 90018 property. Debtor asserts Ocwen has no valid claims or secured liens against the debtor for assets and has been unjustly enriched for years as it has been collecting payments without legal right to do so.<br>Location: 1932 Rochester Circle, Los Angeles CA 90018 | Unknown |
    |---|---|

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.........** — **$24,967.00**

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes. Go to line 38.

**Part 6** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ■ No. Go to Part 7.
    ☐ Yes. Go to line 47.

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ■ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ................ — **$0.00**

Debtor 1  **Eva Anderson**　　　　　　　　　　　　　　Case number *(if known)*  **2:17-bk-16372-NB**

| Part 8: | List the Totals of Each Part of this Form |

| | | | | |
|---|---|---:|---|---:|
| 55. | **Part 1: Total real estate, line 2** ........................................................................................... | | | $478,558.50 |
| 56. | **Part 2: Total vehicles, line 5** | $0.00 | | |
| 57. | **Part 3: Total personal and household items, line 15** | $8,300.00 | | |
| 58. | **Part 4: Total financial assets, line 36** | $24,967.00 | | |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 | | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | | |
| 61. | **Part 7: Total other property not listed, line 54**  + | $0.00 | | |
| 62. | **Total personal property.** Add lines 56 through 61... | $33,267.00 | Copy personal property total | $33,267.00 |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | | | $511,825.50 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Eva** | | **Anderson** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number    **2:17-bk-16372-NB**
(if known)

☐ Check if this is an amended filing

# Official Form 106C
# Schedule C: The Property You Claim as Exempt    4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **1932 W 37th Place a/k/a 1932 Rochester Circle Los Angeles, CA 90018 Los Angeles County 4 BD/4BA, two car garage, 4,619 SQF single family built in 1941. Debtor is 15% owner with four other tenants-in-common, and liable for the same percentage of the debt**<br>Line from *Schedule A/B*: **1.1** | $180,000.00 | ☑ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(1) |
| **1929 W 37th Place a/k/a 1929 Rochester Circle Los Angeles, CA 90018 Los Angeles County 3 Bed / 2 Bath with garage, single family, built in 1950. Debtor is 50% owner as tenant-in-common, and liable for the same percentage of the debt service. This pro**<br>Line from *Schedule A/B*: **1.2** | $298,558.50 | ☑ $27,225.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |
| **Miscelleanous household goods and furnishings, including bedroom set.**<br>Line from *Schedule A/B*: **6.1** | $5,000.00 | ☑ $5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |

| Debtor 1 | Eva Anderson | | Case number (if known) | 2:17-bk-16372-NB |
|---|---|---|---|---|

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| 4 (45 in) Televisions, approx. value of $200 each.<br>Location: 1932 Rochester Circle, Los Angeles CA 90018<br>Line from Schedule A/B: **7.1** | $800.00 | ☑ $800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |
| **Misc Woman's Clothes and Shoes.**<br>Location: 1932 Rochester Circle, Los Angeles CA 90018<br>Line from Schedule A/B: **11.1** | $1,000.00 | ☑ $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |
| **One Diamond Ring.**<br>Line from Schedule A/B: **12.1** | $1,500.00 | ☑ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(4) |
| **Checking Account: JP Morgan Chase Bank N.A**<br>**Containing only Social Security Income.**<br>**Account Ending xxxx1525**<br>Line from Schedule A/B: **17.1** | $24,967.00 | ☑ $24,967.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(10)(A) |
| **Potential claims against Ocwen Loan Servicing LLC, successors and assigns, beneficiaries or other related parties for violations of the automatic stay, debt collection, and other federal and state debt collection violations. Debtor reserves any cause of action against potential defendants involved in or associated with transactions related to the 2008 W. 28th Street, Los Angeles, California 90018 property. Debtor asserts Ocwen has no valid claims or secured liens against the debtor for assets and has been unjustly enriched for years as it has been collecting payments without legal right to do so.**<br>Line from Schedule A/B: **34.1** | Unknown | ☐<br>☑ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(5) |

3. **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
        ☐ No
        ☐ Yes

| In re:<br>Eva Anderson<br>Debtor(s). | CHAPTER: **13**<br>CASE NUMBER: **2:17-bk-16372-NB** |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**11845 W. Olympic Blvd., Suite 1000 Los Angeles, California 90064**

A true and correct copy of the foregoing document entitled (*specify*): **Amendment to A/B and C** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **July 19, 2018**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Kathy A Dockery: (Chapter 13 Trustee)** efiling@CH13LA.com;
**United States Trustee: (Los Angeles)** ustpregion16.la.ecf@usdoj.gov;
**Andre A Khansari: (Debtor's Counsel)** andre@khansarilaw.com, legal@khansarilaw.com;
**Shraddha Bharatia: (Creditor)**; notices@becket-lee.com;
**Theron S Covey (Creditor's Counsel)**; tcovey@rasflaw.com, CAECF@tblaw.com
**Sean C. Ferry(Creditor's Counsel):** sferry@ecf.courtdrive.com, bkyecf@rasflaw.com; courtdrive@rasflaw.com;ras@ecf.courtdrive.com;bkyecf@rasflaw.com;
**Daniel K Fujimoto (Creditor's Counsel)** : wdk@wolffirm.com;
**Michelle R Ghidotti (Creditor's Counsel)**: ECFNotifications@ghidottilaw.com;
**Merdaud Jafarnia (Creditor's Counsel)**: bknotice@mccarthyholthus.com, mjafarnia@ecf.inforuptcy.com;
**Keith Labell (Creditor's Counsel):** bkyecf@rasflaw.com;
**Kelsey X Luu (Creditor's Counsel):** ecfcacb@aldridgepite.com, kluu@ecf.inforuptcy.com
**Madison C Wilson (Creditor's Counsel):** mwilson@rasflaw.com, ras@ecf.courtdrive.com;bkyecf@rasflaw.com;
**Robert P Zahradka (Creditor's Counsel)** : ecfcacb@aldridgepite.com;
RPZ@tblaw.com;rzahradka@aldridgepite.com;caecf@tblaw.com.

☐ Service information continued on attached page

**2.   SERVED BY UNITED STATES MAIL**:
On **July 19, 2018**   , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.   SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.   Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 19, 2017 | David P. Jacob | *(signature)* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June  2012     Page 1     **9013-3.1.PROOF.SERVICE**

Los Angeles County Tax Collector
Attn: Bankruptcy
225 North Hill Street, Room 122
Los Angeles California 90012-3253

Los Angeles DWP
Department of Water and Power
Attn: Bankruptcy
111 North Hope Street
Los Angeles California 90012-2607

HSBC Bank USA N.A
The Wolf Firm
2955 Main Street, Second Floor
Irvine, California 92614-2528

National Default Servicing Corp
7720 North 16th Street, Suite 300
Phoenix, Arizona 85020-7404

Rushmore Loan Management Services
Attn: Bankruptcy
15480 Laguna Canyon Road, Suite. 100
Irvine, California 92618-2132

HSBC Bank USA, N.A
c/o Select Portfolio Servicing, Inc.
P.O. Box 65250
Salt Lake City, Utah 84165-0250

Real Time Resolution, Inc
1349 Empire Central Drive. Suite 150
Dallas, Texas 75247-4029

MTGLQ Investors, LP
c/o Rushmore Loan Management Services
P.O. Box 55004
Irvine California 92619-5004

Select Portfolio Servicing Inc.
Attn: Bankruptcy
P.O. Box 65277
Salt Lake City, Utah 84165-0277

First American Title Insurance Company
1500 Solana Boulevard
Building 6, Suite 6100
Roanoke, Texas 76262-1690

Robertson, Anschutz & Schneid, P.L
Bankruptcy Department
For Ocwen Loan Servicing LLC,
U.S. Bank, N.A & Wells Fargo, N.A
6409 Congress Avenue, Suite 100
Boca Raton, Florida 33487-2853

Wells Fargo
Attn: Bankruptcy
P.O Box 10335
Des Moines, Iowa 50306-0335

U.S. Rof II Legal Title Trust 2015-1,
by U.S. Bank N.A
3000 Kellway Drive, Suite 150,
Carrollton, Texas 75006-3357

Ocwen Loan Servicing LLC
Attn: Bankruptcy Department
P.O. Box 24781
West Palm Beach, Florida 33416-4781

Wells Fargo Bank, N.A.
Attn: Officer / Bankruptcy
101 North. Phillips Avenue
Sioux Falls, South Dakota 57104-6714

U.S. Bank N.A.
1230 Columbia Street, Suite 680
San Diego, California 92101-8502

Ocwen Loan Servicing LLC
Attn: Bankruptcy Department
1661 Worthington Road. Suite 100
West Palm Beach, Florida 33409-6493

Barrow County Superior Court
30 North Broad
Winder Georgia 30680-1963

CBA Collection Bureau
25954 Eden Landing Road
Hayward, California 94545-3837

Bank of America N.A.
Attn: Officer / Bankruptcy
100 North Tyron Street
Charlotte, North Carolina 28202

Fay Servicing
P.O. Box 809441
Chicago, Illinois 60680-9441

Franchise Tax Board
Bankruptcy Section
MS A340
P.O BOX 2952
Sacramento, California 95812-2952

Capital One / Neiman Marcus
PO Box 30253
Salt Lake City, Utah 84130-0253

Fay Servicing LLC
Attn: Bankruptcy
440 South LaSalle Street, Suite. 2000
Chicago, Illinois 60605-5011

San Bernardino County Recorder
222 West Hospitality Lane
San Bernardino, California 92415-0013

Enhanced Recovery Company
P.O Box 57547
Jacksonville Florida 32241-7547

Pacific Bell Telephone Company
c/o AT&T Services Inc
Karen A. Cavagnaro – Lead Paralegal
One AT&T Way, Room 3A104
Bedminster, New Jersey 07921-2693

Wilmington Savings Fund Society, FSB
AMIP Management, LLC
3020 Old Ranch Parkway, Suite 180
Seal Beach, California 90740-2799