| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address.<br>**E. Richard McGuire, Esq.**<br>**2828 Cochran St.**<br>**Suite 350**<br>**Simi Valley, CA 93065**<br>**805.478.2611 Fax: 805.980.7097**<br>California State Bar Number: **282511 CA** | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**DEC 18 2018**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** sumlin    **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |
| ☐ *Debtor appearing without attorney*<br>☒ *Attorney for:* **Debtor**<br>☐ *Chapter 13 trustee* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**Eva Anderson**<br><br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: **2:17-bk-16372-NB**<br>CHAPTER: **13**<br><br>ORDER ON:<br>☒ **DEBTOR'S MOTION TO MODIFY PLAN OR SUSPEND PLAN PAYMENTS**<br>☐ **DEBTOR'S MOTION FOR AUTHORITY TO REFINANCE REAL PROPERTY**<br>☐ **DEBTOR'S MOTION FOR AUTHORITY TO SELL REAL PROPERTY**<br>☐ **DEBTOR'S MOTION FOR AUTHORITY TO ENTER INTO LOAN MODIFICATION**<br>☐ OTHER:<br><br>☒ ~~No hearing held~~<br>☒ Hearing held<br>DATE: __1/24/19__<br>TIME: __8:30 a.m.__<br>COURTROOM: __1545__<br>PLACE: __255 E. Temple St., Los Angeles, CA 90012__ |

Based on Debtor's Motion filed on *(date)* __12/3/2018__ as docket entry number __94__ and the recommendation of the chapter 13 Trustee, it is ordered that Debtor's Motion is:

☐ Granted    ☐ Denied

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2013*                                                                                                F 3015-1.14.ORDER.CH13.GENRL

☒ ~~Granted on the terms set forth in the chapter 13 trustee's comments on or objection to Debtor's motion~~

☐ Granted on the following conditions:

☒ Set for hearing at the time and place listed in the caption.

The Motion, as amended (dkt. 94, ¶ 7), has been filed as one that does not require service on creditors because it does not adversely affect them, pursuant to LBR 3015-1(x)(3)(A).  The motion proposes to "remove" the Los Angeles County Tax Collector from Debtor's confirmed chapter 13 plan "because the County is being paid by secured lenders on both the primary residence and the rental properties" and because it "did not file a proof of claim in this case."  But based on this Court's review of the docket, it appears that the Los Angeles County Tax Collector has never been properly noticed of this bankruptcy case.  *See* dkt. 1, 5, 11, 22.  Pursuant to the Court Manual 3.10(c)(1), any person or entity who does not receive notice via NEF or BNC must be promptly served by the party that lodges the order.  The Clerk of the Court is not responsible for verifying the accuracy of an amended Master Mailing List in comparison with a Debtor's Schedules.  LBR 1007-1(a)(3)(D).  In sum, it might or might not be accurate that the County is not adversely affected by the Motion.  In addition, there might be other creditors who have never received proper notice of this bankruptcy case.  Accordingly, this Court will require service of the amended motion pursuant LBR 9013-1(o), together with a copy of this Order.

For the foregoing reasons, it is hereby ORDERED that Debtor is directed, no later than **December 28, 2018**, to serve the Los Angeles County Tax Collector **and** all other parties in interest with (a) this Order, (b) the Amended Motion to Modify Plan (dkt. 94), and (c) Trustee's Comments on the Motion (dkt. 95).  Debtor is directed to file a proof of such service no later than the same date.  In view of the holidays, the deadline for any opposition to the Amended Motion to be filed and served is set at **January 15, 2019**, and any reply may be made orally at the hearing.  The hearing is hereby set at the **date and time set forth above in the caption**.

###

Date: December 18, 2018

*(signature)*
Neil W. Bason
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2013                                                                                                              F 3015-1.14.ORDER.CH13.GENRL